UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

CHARLES UTLEY AND NICOLE UTLEY,

                Plaintiffs,         **MEMORANDUM & ORDER**
                                                              25-CV-3340(EK)(CHK)
      -against-

CARRINGTON MORTGAGE SERVICES LLC et al.,

                Defendants.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Kaminsky's Report and Recommendation (R&R) dated November 4, 2025. Docket Entry dated Nov. 4, 2025. Judge Kaminsky recommends that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the complaint or to show good cause for failure to do so. No party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Kaminsky's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, this case is dismissed without prejudice pursuant to Federal Rule of Civil

Procedure 4(m). The Clerk of Court is respectfully directed to enter judgment, mail a copy of this order to Plaintiffs, note the mailing on the docket, and close this case.

SO ORDERED.

                                                            /s/ Eric Komitee
                                                          ERIC KOMITEE
                                                          United States District Judge

Dated:    December 5, 2025
            Brooklyn, New York